| Information to identify the case: | |
|---|---|
| Debtor 1  **Almir Bosnic**  First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–4129**  EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _  EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | Date case filed for chapter  **7**  **10/31/16** |
| Case number:  **16–34741** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Almir Bosnic | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2294 Eastview Drive<br>Des Plaines, IL 60018 | |
| 4. | **Debtor's attorney**<br>Name and address | James J Haller<br>Sulaiman Law Group<br>900 Jorie Boulevard, Suite 150<br>Oak Brook, IL 60523 | Contact phone (630) 575–8181 Ext. 115<br>Email: jhaller@sulaimanlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ira Bodenstein<br>Shaw Fishman Glantz & Towbin LLC<br>Towbin LLC<br>321 N Clark Street Suite 800<br>Chicago, IL 60654 | Contact phone 312–666–2861<br>Email: iratrustee@shawfishman.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 11/1/16 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 30, 2016 at 02:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/30/17** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 16-34741-DLT
Almir Bosnic                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: sboyd              Page 1 of 2              Date Rcvd: Nov 01, 2016
                              Form ID: 309A            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2016.
```
db         +Almir Bosnic,    2294 Eastview Drive,    Des Plaines, IL 60018-2711
25050410   +Advanced Disposal- Melrose Park,    4612 West Lake Steet,    Melrose Park, IL 60160-2747
25050419    Ben Franklin Bank,    230 East Kensington Rd,    Arlington Heights, IL 60004
25050423   +Citibank/Best Buy,    Po Box 6241,    Sioux Falls, SD 57117-6241
25050422   +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    PO Box 790040,
             St Louis, MO 63179-0040
25050426   +Goldstein,Fluxgold and Baron,    33 North Dearborn Steet, Suite 950,    Chicago, IL 60602-3407
25050427   +Greenplanet,    10 Research Pkwy,    Wallingford, CT 06492-1963
25050428   +Kara Bosnic,    2294 Eastview Drive,    Des Plaines, IL 60018-2711
25050429   +Leyden Township,    2501 North Manheim Road,    Franklin Park, IL 60131-3134
25050430   +Matthew Goldstein,    3903 Mission Hills Road,    Northbrook, IL 60062-5713
25050432   +Planet Home Lending,    321 Research Pkwy, Ste 303,    Meriden, CT 06450-8342
25050433   +Shqipe Bosnic,    6229 W. Montrose Ave,    Chicago, IL 60634-1557
25050436   +Tony Dontchev,    3067 Lexington Lane,    Glenview, IL 60026-5942
25050437    Village of North Lake,    Public Works Deparrtment,    1000 W. Palmer,    North Lake, IL 60164
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: jhaller@sulaimanlaw.com Nov 02 2016 02:33:04      James J Haller,
             Sulaiman Law Group,    900 Jorie Boulevard, Suite 150,    Oak Brook, IL  60523
tr         +EDI: BIBODENSTEIN.COM Nov 02 2016 01:58:00      Ira Bodenstein,
             Shaw Fishman Glantz & Towbin LLC,    Towbin LLC,    321 N Clark Street Suite 800,
             Chicago, IL 60654-4766
25050412   +EDI: PHINAMERI.COM Nov 02 2016 01:58:00      AmeriCredit/GM Financial,    Po Box 181145,
             Arlington, TX 76096-1145
25050411   +EDI: PHINAMERI.COM Nov 02 2016 01:58:00      AmeriCredit/GM Financial,    Po Box 183853,
             Arlington, TX 76096-3853
25050413   +EDI: AMEREXPR.COM Nov 02 2016 01:58:00      Amex,    Correspondence,    PO Box 981540,
             El Paso, TX 79998-1540
25050414   +EDI: AMEREXPR.COM Nov 02 2016 01:58:00      Amex,    Po Box 297871,
             Fort Lauderdale, FL 33329-7871
25050416    EDI: BANKAMER.COM Nov 02 2016 01:58:00      Bank Of America,    Po Box 982238,
             El Paso, TX 79998
25050415   +EDI: BANKAMER.COM Nov 02 2016 01:58:00      Bank Of America,    Nc4-105-03-14,    PO Box 26012,
             Greensboro, NC 27420-6012
25050417   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 02 2016 02:35:43
             Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
             Miami, FL 33146-1873
25050418   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 02 2016 02:35:43
             Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
25050420   +EDI: CHASE.COM Nov 02 2016 01:58:00      Chase Card Services,    Attn: Correspondence Dept,
             PO Box 15298,    Wilmingotn, DE 19850-5298
25050421   +EDI: CHASE.COM Nov 02 2016 01:58:00      Chase Card Services,    Po Box 15298,
             Wilmington, DE 19850-5298
25050424   +E-mail/Text: bankruptcy@commercebank.com Nov 02 2016 02:34:27      Commerce Bk,    P O Box 411036,
             Kansas City, MO 64141-1036
25050425   +E-mail/Text: legalcollections@comed.com Nov 02 2016 02:36:33      Commonwealth Edison Co,
             3 Lincoln Center,    Attn: BK Section,    Villa Park, IL 60181-4204
25050431   +E-mail/Text: patti@peoplesenergycu.org Nov 02 2016 02:35:30      Peoples Energy,
             130 E Randolph Drive,    Chicago, IL 60601-6207
25050434   +EDI: RMSC.COM Nov 02 2016 01:58:00      Synchrony Bank/AVB Buying Group,    Po Box 965064,
             Orlando, FL 32896-5064
25050435   +EDI: RMSC.COM Nov 02 2016 01:58:00      Synchrony Bank/AVB Buying Group,    C/o Po Box 965036,
             Orlando, FL 32896-0001
                                                                                              TOTAL: 17
```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: sboyd               Page 2 of 2            Date Rcvd: Nov 01, 2016
                              Form ID: 309A             Total Noticed: 31
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2016 at the address(es) listed below:
              Ira   Bodenstein    iratrustee@shawfishman.com,    IL29@ecfcbis.com;cowens@shawfishman.com
              James J Haller    on behalf of Debtor 1 Almir  Bosnic jhaller@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@g
               mail.com;bkecf_sulaiman@bkexpress.info
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```